INSURANCE CO. v. COTTEN

No. 40 PC.

Case below: 12 N.C. App. 212.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 October 1971.

JOHNSON v. MASSENGILL

No. 11 PC.

Case below: 12 N.C. App. 6.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 October 1971.

PEASELEY v. COKE CO.

No. 39 PC.

Case below: 12 N.C. App. 226.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.

RAYNOR v. FOSTER

No. 34 PC.

Case below: 12 N.C. App. 193.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.

SCHOOLFIELD v. COLLINS

No. 27 PC.

Case below: 12 N.C. App. 106.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 October 1971.

STATE v. COPELAND

No. 43 PC.

Case below: 11 N.C. App. 516.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1971.